DARIN B. GOFF (11355)
HEATHER J. CHESNUT (6934)
ANDREW R. HOPKINS (13748)
GREG HEWITT (18017)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
E-mail: dgoff@agutah.gov
  hchesnut@agutah.gov
  arhopkins@agutah.gov
  gahewitt@agutah.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMANDA WOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00334<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

Pursuant to Fed. R. Civ. P. 6 and DUCivR 7-1(a)(7), Defendants, Utah

Department of Corrections (UDOC), Utah Adult Probation and Parole (AP&P),

Governor Spencer Cox, Lieutenant Governor Deidre Henderson, Brian Nielson, Brian Redd and Dan Blanchard (collectively State Defendants), through counsel Darin B. Goff, Heather Chesnut, Andrew R. Hopkins, and Greg Hewitt, Assistant Utah Attorneys General, hereby move the Court to grant leave to State Defendants to file a reply memorandum in support of their motion to dismiss not to exceed 5,100 words.

All previous briefing has been overlength and State Defendants require additional space to respond to Plaintiffs' arguments. State Defendants' opening motion was 12,921 words,[1] and Plaintiffs' opposition was 11,740 words.[2] State Defendants have made every effort to consolidate their legal arguments in the reply memorandum.

Therefore, good cause appears for the need to grant State Defendants leave to file an overlength reply memorandum in support of their motion to dismiss beyond the 3,100 word limit. State Defendants respectfully request that the Court grant them leave to file an overlength reply memorandum up to 5,100 words.

---

[1] Dkt. 55.
[2] Dkt. 66.

RESPECTFULLY SUBMITTED THIS 27th day of August, 2024.

        OFFICE OF THE UTAH ATTORNEY GENERAL

        */s/ Andrew R. Hopkins*
        DARIN B. GOFF
        HEATHER J. CHESNUT
        ANDREW R. HOPKINS
        GREG HEWITT
        Assistant Utah Attorneys General
        *Attorneys for State Defendants*