# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| AMANDA WOOD, daughter, heir, and Personal Representative of LINDA NEMELKA, deceased; et al., | ORDER |
| Plaintiffs, | Case No. 2:23-cv-00334-DBB-JCB |
| v. | |
| GOVERNOR SPENCER COX, et al., | District Judge David Barlow |
| Defendants. | Magistrate Judge Jared C. Bennett |

District Judge David Barlow referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Defendants Utah Department of Corrections (UDOC), Utah Adult Probation and Parole (AP&P), Governor Spencer Cox, Lieutenant Governor Deidre Henderson, Brian Nielson, Brian Redd, and Dan Blanchard's (collectively, "State Defendants") motion for leave to file an overlength reply memorandum in support of their motion to dismiss.[2] For the reasons set forth in the motion and for good cause shown, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the State Defendants may file a reply memorandum in support of their motion to dismiss that does not exceed 5,100 words.

---

[1] ECF No. 5.

[2] ECF No. 74.

Case 2:23-cv-00334-DBB-JCB   Document 75   Filed 08/28/24   PageID.922   Page 2 of 2

2

IT IS SO ORDERED.

DATED this 28th day of August 2024.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge