# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| AMANDA WOOD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00334-DBB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

That the First and Fifth Causes of Action are DENIED WITH PREJUDICE. The case is remanded to the Utah District Court, Third District, Salt Lake County. The Clerk of Court is directed to close this case.

Signed April 22, 2025.

BY THE COURT

_____
David Barlow
United States District Judge