Robert B. Sykes (#3180)
Alyson C. McAllister (#9886)
C. Peter Sorensen (#16728)
Christina D. Isom (#17244)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
alyson@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| AMANDA WOOD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNOR SPENCER COX; LT. GOVERNOR DEIDRE HENDERSON; STATE OF UTAH through UTAH DEPARTMENT OF CORRECTIONS (UDC), BRIAN NIELSON (FORMER EXECUTIVE DIRECTOR OF THE UDC), BRIAN REDD (EXECUTIVE DIRECTOR OF UDC), DOE UDC OFFICERS and AGENTS 1-25, UTAH BOARD OF PARDONS & PAROLE (UBPP), MIKE HADDON (DIRECTOR OF UBPP), DOE BOARD MEMBERS 1-10 OF UBPP, DOE UBPP OFFICERS and AGENTS 1-25, UTAH ADULT PROBATION & PAROLE (AP&P), DAN BLANCHARD (FORMER DIVISION DIRECTOR OF AP&P), SCOTT STEPHENSEN (DIVISION DIRECTOR OF AP&P), DOE AP&P OFFICERS and AGENTS 1-25, and all State Agencies, <br><br> Defendants. | **NOTICE OF APPEAL** <br><br><br> Civil No. 2:23-CV-00334-DBB <br><br> Judge David Barlow |

Plaintiffs by and through their undersigned counsel hereby appeal to the United States Court of Appeals for the 10th Circuit from the final judgment entered on April 22, 2025.

DATED this 22nd day of May, 2025.

**SYKES McALLISTER LAW OFFICES, PLLC**

*/s/ C. Peter Sorensen*
ROBERT B. SYKES
ALYSON C. MCALLISTER
C. PETER SORENSEN
*Attorneys for Plaintiffs*